IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

AMY L. GABEL,

    Plaintiff,

v.

MILLERCOORS, MIKE LOZANO, RORY
PETERS, CHRIS LETO AND ERIC TILLMAN,

    Defendants.

ORDER

Case No.  14-cv-489-jdp

    Plaintiff Amy L. Gabel has filed a proposed civil complaint. She asks for leave to proceed without prepayment of the filing fee and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

    In this case, plaintiff is currently unemployed and has no substantial assets. Plaintiff receives $600.00 per month or $7,200.00 annually from W-2. Plaintiff also indicated that she received $3,000.00 in the last twelve months in the form of a tax refund. Additionally,

plaintiff reports she supports one minor dependent. The court subtracted $3,700.00, accounting for the one dependent, from plaintiff's annual income leaving a balance of $6,500.00. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Amy L. Gabel for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 9th day of July, 2014.

BY THE COURT:

/s/

PETER OPPENEER
Magistrate Judge